

**Entered on Docket
June 25, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

E-FILED:  6/22/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) BANKRUPTCY NUMBER: |
| | ) BK-S-09-14955-BAM |
| | ) |
| MICHAEL WELLS | ) CHAPTER 13 |
| | ) |
| | ) |
|        Debtor. | ) |
| | ) |

<u>ORDER VOLUNTARILY DISMISSING CHAPTER 13 DEBTOR MICHAEL WELLS</u>

       Having read the application of the above-named Debtor by and through his attorney,

THOMAS E. CROWE, ESQ., for good cause appearing therefore, it is therefore ORDERED AND

DECREED:

       THAT Debtor MICHAEL WELLS be dismissed out of the Chapter 13 case without

///

///

Prejudice and for such other and further relief as the Court may deem just and proper in the premises.

Submitted by:
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By: /s/Thomas E. Crowe
THOMAS E. CROWE, ESQ.
7381 W. Charleston Blvd.
Suite 110
Las Vegas, NV 89117
Attorney for Debtor

###